1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    NORTHERN DISTRICT OF CALIFORNIA
9
10   BERNADETTE R. TANGEN,

     Plaintiff,

        Case No. 16-cv-01875 NC
11
12      v.

     **ORDER TO SHOW CAUSE
     REGARDING LACK OF
     OPPOSITION TO TANGEN'S
     MOTION FOR ATTORNEYS' FEES**
13   NANCY A. BERRYHILL,

14      Defendant.

     Re: Dkt. No. 35
15
16          On February 8, 2018, Tangen filed a motion for attorneys' fees with the Court.  Dkt.

17   No. 35.  The motion set forth a briefing schedule, and Berryhill's opposition brief was due

18   on February 22.  Berryhill has filed no opposition to date, or any notice of an intention to

19   oppose the motion.  By March 7, 2018, Berryhill must respond to this order by indicating

20   whether she intends to oppose the motion.  If an opposition brief is to be filed, it must be

21   filed by this Friday, March 9, 2018.  Otherwise, the Court will take the motion under

22   submission as is.

23
24          **IT IS SO ORDERED.**

25
26   Dated:  March 5, 2018                    _____

27                                           NATHANAEL M. COUSINS
                                             United States Magistrate Judge
28

     Case No. 16-cv-01875 NC